**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**



| | |
|---|---|
| RICHARD D. JENNINGS, on behalf of himself & all others similarly situated<br>Plaintiff,<br><br>- against-<br><br>TRANSWORLD SYSTEMS INC. and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1<br><br>Defendants. | No. 2:18-cv-08352-MCA-MAH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the parties through their respective counsel of record, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice against all Defendants and without costs or fees to any party as against any other party.

Dated:   Brooklyn, New York
         June 5, 2018

Law Office of Simon Goldenberg, PLLC

By:   /s/ Simon Goldenberg
      Simon Goldenberg, Esq.
      818 East 16th Street
      Brooklyn, NY 11230
      P: 347-640-4357
      *Counsel for Plaintiff(s)*

Dated:   Furlong, Pennsylvania
         June 5, 2018

Sessions, Fishman, Nathan & Israel, LLC

By:   /s/ Andrew Joshua Blady
      Andrew Joshua Blady
      Sessions, Fishman, Nathan & Israel
      3682 Green Ridge Rd
      Furlong, PA
      267-544-0840
      *Counsel for Defendants*

SO ORDERED
6/7/18
Madeline Cox _____, U.S.D.J.